**Richard Wade COOEY, II, Plaintiff**

**Arthur Tyler; Intervenor–Appellant,**

v.

**Ted STRICKLAND, et al.; Defendants–
Appellees.**

No. 08–4203.

United States Court of Appeals,
Sixth Circuit.

Sept. 23, 2009.

Before: GIBBONS, ROGERS, and
SUTTON, Circuit Judges.

JULIA SMITH GIBBONS, Circuit
Judge.

Arthur Tyler appeals the district court's
dismissal of his 42 U.S.C. § 1983 challenge
to Ohio's method of execution. Upon ex-
amination of the record and briefs, this
panel unanimously agrees that oral argu-
ment is not necessary. Fed. R.App. P.
34(a).

Tyler was convicted of aggravated mur-
der and sentenced to death on January 19,
1986. On April 25, 2007, he filed an inter-
venor complaint in a § 1983 lawsuit chal-
lenging Ohio's protocol for lethal-injection
brought by fellow death-sentenced inmate,
Richard Cooey. After this Court held that
Cooey's challenge was time-barred, *Cooey*

*v. Strickland (Cooey I),* 479 F.3d 412, 424
(6th Cir.2007), the district court dismissed
Tyler's complaint on the same grounds.

Tyler argues that his claim is not barred
under *Cooey II* for the following reasons:
(1) *Cooey II* was wrongly decided; (2)
*Cooey II,* even if correctly decided, does
not apply to Tyler; (3) *Cooey II* borrowed
the statute of limitations from the Antiter-
rorism and Effective Death Penalty Act,
28 U.S.C. § 2244, under which Tyler's
claim is timely; (4) Tyler is entitled to
equitable tolling; and (5) the continuing-
violations doctrine precludes application of
the statute of limitations to method-of-exe-
cution challenges. Further, Tyler argues
that he is entitled to further factual devel-
opment of the statute of limitations ques-
tion.

A thorough review of the record reveals
that Tyler's arguments are nearly identical
to those considered and rejected by this
Court in appeals by other death-sentence
inmates who had also intervened in *Cooey
II. See Broom v. Strickland,* 579 F.3d 553
(6th Cir.2009); *Getsy v. Strickland,* 577
F.3d 309 (6th Cir.2009), *reh'g en banc de-
nied,* 577 F.3d 320 (6th Cir.2009), *cert.
denied,* —— U.S. ——, 130 S.Ct. 40, 174
L.Ed.2d 618 (2009). The reasoning set
forth in *Broom, Getsy,* and *Cooey I* is
binding on this panel and, to the extent the
cases have already addressed Tyler's argu-
ments, we adopt their reasoning here. Ty-
ler's other arguments not directly ad-
dressed by this Court in those cases were
raised before the district court. *See Cooey
v. Strickland,* No. 2:04–cv–1156, 2008 WL
4065844, at *1 (S.D.Ohio Aug. 25, 2008)
(incorporating by reference the reasoning
of *Cooey v. Strickland,* No. 2:04–cv–1156,
2008 WL 4065809 (S.D.Ohio Aug. 25,
2008)). Upon review of the district court
opinion, we find it to be correctly decided
and affirm the reasoning therein.

For the reasons set forth above, we **AFFIRM** the judgment of the district court.